IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cv-00876-AWI-GSA |
| Plaintiff, | ) | ORDER STAYING PROCEEDINGS |
| v. | ) | |
| APPROXIMATELY $14,701.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On October 21, 2009, this Court was to conduct an Initial Scheduling Conference. Deanna L. Martinez, Esq., personally appeared on behalf of Plaintiff United States of America, and Preciliano Martinez, Esq., personally appeared on behalf of Claimant Angel Vargas.

As the Court commenced the informal scheduling conference proceeding, the parties informed the Court that they wished to enter into an oral stipulation to stay the instant proceedings pending the outcome of related criminal charges, now pending before the Merced County Superior Court. Counsel for the parties agreed that the outcome of the state criminal action will be dispositive of the instant action.

Counsel for Claimant advised the Court that the preliminary hearing had not yet been scheduled in the Merced County Superior Court action. Counsel agreed a stay of the instant proceedings for a period of at least 120 days should be sufficient.

1  Pursuant to the joint oral stipulation of the parties in open court, this Court HEREBY
2  ORDERS that the instant matter be STAYED for a period of 120 days.
3  A status conference is set for **February 22, 2010, at 9:30 a.m.** in Department 10 of this
4  Court.  Further, the parties are DIRECTED to file a written joint status report regarding the
5  related criminal matter no later than one week prior to the status conference.

7  IT IS SO ORDERED.
8  Dated:   **October 21, 2009**                      /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE